FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-22-00010-CV

Brian A. **JONES**,
Appellant

v.

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV04875
Honorable J Frank Davis, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on May 31, 2022. Before the once-extended due date, Appellant filed a second motion for an extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on July 1, 2022. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court